

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

## No. 02-18-00424-CV

_____

SHIRLAINE WEST PROPERTIES LIMITED AND NATHAN K. GRIFFIN, ON BEHALF OF THE ESTATE OF LORRAINE E. WEST AND ON BEHALF OF THE ESTATE OF SHIRLEY A. WEST, Appellants

V.

CHESAPEAKE EXPLORATION, L.L.C.; CHESAPEAKE OPERATING, L.L.C.; JAMESTOWN RESOURCES, L.L.C.; AND TOTAL E&P USA, INC., Appellees

On Appeal from the 96th District Court
Tarrant County, Texas
Trial Court No. 096-289847-17

Before Birdwell and Wallach, JJ., and Gonzalez, J.[1] (Judge Gonzalez not participating)
Per Curiam Memorandum Opinion and Order

---

[1]The Honorable Ruben Gonzalez, Judge of the 432nd District Court of Tarrant County, sitting by assignment of the Chief Justice of the Texas Supreme Court pursuant to Section 74.003(h) of the Government Code. *See* Tex. Gov't Code Ann. § 74.003(h).

# MEMORANDUM OPINION AND ORDER

On June 29, 2020, appellees Chesapeake Operating, L.L.C. and Chesapeake Exploration, L.L.C. filed a notice of bankruptcy. Accordingly, we abated the appeal in an order dated June 30, 2020, which stated in part:

> [F]or administrative purposes, this cause is STAYED and will be treated as a closed case. It may be reinstated on prompt motion by any party pursuant to rule 8.3(a). *See* Tex. R. App. P. 8.3(a). Such motion shall also specify what further action, if any, is required from this court upon reinstatement of the appeal.

We have considered "Appellants' Unopposed Motion to Partially Dismiss Appeal as to Chesapeake Exploration, L.L.C. and Chesapeake Operating, L.L.C. and Reinstate Appeal as to Total E&P USA, Inc. and Jamestown Resources, L.L.C." We **GRANT** the motion and reinstate the appeal.

It is further ordered that appellants' appeal as to appellees Chesapeake Operating, L.L.C. and Chesapeake Exploration, L.L.C. is dismissed. *See* Tex. R. App. P. 42.1(b). This case shall hereafter be styled *Shirlaine West Properties Limited and Nathan K. Griffin, on behalf of the Estate of Lorraine E. West and on behalf of the Estate of Shirley A. West v. Jamestown Resources, L.L.C. and Total E&P USA, Inc.*

Per Curiam

Delivered:  October 14, 2021